[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 11, 2007
THOMAS K. KAHN
CLERK

_____

No. 07-11829
Non-Argument Calendar
_____

D. C. Docket No. 06-80968-CV-WPD

DENNIS H. LENTIN,

Plaintiff-Appellant,

versus

GENERAL ELECTRIC CAPITAL ASSURANCE COMPANY,

Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(December 11, 2007)**

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Having carefully reviewed the briefs and the record, and finding no error in

the district court's order granting summary judgment, we conclude that the judgment is

AFFIRMED.